AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## Central District of Illinois

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,<br><br>        Plaintiff,<br><br>vs.<br><br>MURPHY BROS., INC.,<br><br>        Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NO.: 04-1320 |

TO: (Name and Address of Defendant)

    Mr. Jeffrey B. Moorhouse, Registered Agent
    Murphy Bros., Inc.
    506 15th Street, Suite 600
    Moline, IL 61265

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address):

    David W. Stuckel, Esq.
    Harvey & Stuckel, Chtd.
    331 Fulton Street, Suite 900
    Peoria, Illinois 61602

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters                  9-16-04
CLERK                                                  DATE

RK
BY DEPUTY CLERK

F:\Tammy\ERISA\16028L\Summons.wpd