**SHERIFF'S FEES**

Service and/or Return................................ $ 39.33
Mileage, Postage, and/or Copies................. $ 6.00
Total......................................................... $ 45.33

I certify that I served this _Summons_ as directed as follows:
(check appropriate box and complete information below)

☐ (a) – (Individual – Personal):
By leaving a copy and a copy of the _____ with each below-named individual personally.

☐ (b) – (Individual – Abode):
By leaving a copy and a copy of the _____ at the usual place of abode of each below-named individual with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the _____ in a sealed envelope with the postage fully prepaid, addressed to each such individual at his/her usual place of abode.

☒ (c) – (Corporation):
By leaving a copy and a copy of the _Complaint_ with the registered agent, officer, or agent of each such corporation.

☐ (d) – (Other Service):

Name of Person _____
Name of other Person _____
Copy given to _____

Sex ___ Race ___ Approx. Age ___

Place of Service _____

Date of Service ___ Time ___
Date of Mailing _____
By _____, Deputy

Name of Person _Murphy Bros._
Name of other Person _____
Copy given to _Jeff Morehouse_

Sex _M_ Race _W_ Approx. Age _52_

Place of Service _506 15th #600_
_Moline_

Date of Service _10-07-04_ Time _9:15AM_
Date of Mailing _____
By _____, Deputy

☐ (e) – (Not Found):
The within named _____ not found in this County this _____
Day of _____, 20__. Reason: _____
_____. By _____, Deputy

____Michael L. Grchan____ Sheriff of Rock Island County.

**RETURN**