### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 04-1320 |
| MURPHY BROS., INC., | ) |
| Defendant. | ) |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, by its attorney, David W. Stuckel, and move that the above-entitled cause be dismissed with prejudice, cause of action satisfied, costs paid.

**Annuity Plan of the International Union of Operating Engineers Local No. 649**, Plaintiff,

By: ___s/ David W. Stuckel___
David W. Stuckel

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 900
Peoria, IL 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

F:\Tammy\ERISA\16028L\Mot.Volunt.Dismiss.wpd