E-FILED
Wednesday, 10 November, 2004  04:56:25 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>MURPHY BROS., INC.,  )<br><br>Defendant.  ) | CASE NO.:  04-1320 |

## ORDER OF DISMISSAL

THIS CAUSE having come on to be heard on Plaintiff's Motion for Voluntary Dismissal and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED:

The above-entitled cause of action is dismissed, with prejudice, costs paid.


ENTERED:_____          _____
                                                                                    JUDGE


F:\Tammy\ERISA\16028L\Order.Dismiss.wpd