IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 04-1320 ) |
| MURPHY BROS., INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

THIS CAUSE having come on to be heard on Plaintiff's Motion for Voluntary Dismissal and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED:

The above-entitled cause of action is dismissed, with prejudice, costs paid.


ENTERED: 11/17/04        s/ Joe B. McDade
                              JUDGE

F:\Tammy\ERISA\16028L\Order.Dismiss.wpd